FILED
2012 FEB 14 PM 4:02
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

CR 12 00139

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 12- |
| Plaintiff, | I N F O R M A T I O N |
| v. | [49 U.S.C. § 46506: Application of Certain Criminal Laws to Acts on Aircraft; 18 U.S.C. § 113(a)(4): Assault Within Maritime and Territorial Jurisdiction] |
| ALLEN WAYNE CHAVES, | |
| Defendant. | |
| | [CLASS B MISDEMEANOR] |

The United States Attorney charges:

[49 U.S.C. § 46506; 18 U.S.C. § 113(a)(4)]

On or about January 4, 2012, in Los Angeles County, within the Central District of California, and elsewhere, defendant ALLEN WAYNE CHAVES, while on an aircraft in the special aircraft jurisdiction of the United States, namely, Delta Airlines, Flight

//
//
//

2321, en route to Los Angeles International Airport, assaulted another, namely, G.C., by striking, beating, and wounding.

ANDRÉ BIROTTE JR.
United States Attorney

*/s/ R. E. Dugdale*

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division


SCOTT M. GARRINGER
Assistant United States Attorney
Chief, General Crimes Section


RUTH PINKEL
Assistant United States Attorney
Deputy Chief, General Crimes Section


SONJA M. RALSTON
Special Assistant United States Attorney
General Crimes Section