# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 12-139 JEM | Date | April 30, 2012 |
|---|---|---|---|

Present: The Honorable John E. McDermott, United States Magistrate Judge

Interpreter None

| S. Anthony | CS04/30/2012 | Thomas Stout, AUSA |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| ALLEN WAYNE CHAVES | Yes | | Yes | Alan Eisner, Esq.<br>Kestenbaum Eisner & Gorin LLP | Yes | | Yes |

**Proceedings:** ENTRY OF PLEA (GUILTY PLEA)

Case called. Counsel make their appearances. Defendant is present and sworn. Defendant states his true name is Allen Wayne Chaves. Defendant waives his constitutional rights and right to appeal. Court questions defendant and defense counsel regarding the knowing and voluntary nature of the proposed plea and plea agreement, reads the charge and advises defendant of the elements of the offense.

Defendant pleads guilty to the charges in the Information of violating 49 U.S.C. § 46506, Application of Certain Criminal Laws to Acts on Aircraft; 18 U.S.C. § 113(a)(4), Assault within Maritime and Territorial Jurisdiction, filed on February 14, 2012. The Court finds that the plea of guilty has been freely, knowingly and voluntarily made; that the defendant understands the nature of the charge and the consequences of the plea; and that there is factual basis for the plea.

After further questioning of defendant, Court orders the plea of guilty accepted and entered.

Defendant is referred to the Probation Office for a pre-sentence report. Sentencing is set for June 25, 2012 at 10:00 a.m.

: 23

Initials of Deputy Clerk sa

cc: Parties
Probation Office