# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

(___ Amended ______________________________)

Case No. CR 12-139 Date June 25, 2012

Present: The Honorable John E. McDermott, United States Magistrate Judge

| S. Anthony | CS06/25/2012 | Michael Dore |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| Allen Chaves | ☐ | X | Alan Eisner, Esq. | X | ☐ | ☐ | None |

**PROCEEDINGS: SENTENCING AND JUDGMENT HEARING** ☐ **Contested** ☐ **Non-Evidentiary**

**Day ___ (if continued from a prior hearing date)**

_X_ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto. ___ Refer to separate Judgment Order.

___ Imprisonment for Years/months on each of counts ______ Count(s) concurrent/consecutive to count(s) ______

___ Fine of $ ______ is imposed on each of count(s) concurrent/consecutive.

___ Execution/Imposition of sentence as to imprisonment only suspended on count(s) ______

___ Confined in jail-type institution for ______ to be served on consecutive days/weekends commencing ______

_2_ years/ ~~months Supervised Release/~~Probation imposed ______ under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:

- ___ Perform ______ hours of community service.
- ___ Serve ______ in a CCC/CTC.
- _X_ Pay $500.00 fine amounts.
- ___ Make $ ______ restitution in amounts & times determined by P/O.
- _X_ Participate in a program for treatment of narcotic/alcohol addiction as the defendant chooses to do.
- ___ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
- ___ Other conditions: ______

___ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.

_X_ Pay $10.00 per count, special assessment to the United States for a total of $10.00

___ Imprisonment for months/years and for a study pursuant to 18 USC ______ with results to be furnished to the Court within days/months whereupon the sentence shall be subject to modification. This matter is set for further hearing on ______

___ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.

_X_ Defendant informed of right to appeal.

___ ORDER sentencing transcript for Sentencing Commission. _X_ Processed statement of reasons.

_X_ Bond exonerated ___ upon surrender ___ upon service of ______

___ Execution of sentence is stayed until 12 noon, ______ at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.

___ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.

___ Issued Remand/Release # ______

___ Present bond to continue as bond on appeal. ___ Appeal bond set at $ ______

_X_ Filed and distributed judgment. ENTERED.

_X_ Other Treatment program is to be determined by Probation in Minnesota.

______ : 28

Initials of Deputy Clerk sa

cc: